# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION,

THIS DOCUMENT RELATES TO:

All Cases Listed in Exhibit A

MDL NO. 2545

Master Docket Case No. 1:14-cv-01748

Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $            ,

which ☐ includes            pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Pursuant to the Court's order of 5/11/2018 in the MDL 2545 master file, Case No. 14 C 1748 (dkt. # 2612), judgment entered dismissing with prejudice each of the cases listed on Exhibit A-1 thru A-6 (attached).

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion.

Date: 5/14/2018

Thomas G. Bruton, Clerk of Court

Pamela J. Geringer, Deputy Clerk

|   | A | C |
|---|---|---|
|   | **Plaintiff** | **Case** |
| 1 | | |
| 2 | LoCoco, Santo | 1:14-cv-04256 |
| 3 | Linn, Donald | 1:14-cv-04527 |
| 4 | Toy, Martin | 1:14-cv-08896 |
| 5 | Bailey, Lloyd | 1:14-cv-08927 |
| 6 | Price, Odis | 1:14-cv-09141 |
| 7 | Taylor, Leon | 1:14-cv-09375 |
| 8 | Wisdom, Nicholas | 1:14-cv-10137 |
| 9 | Olson, Shad | 1:14-cv-10304 |
| 10 | Patrick, John | 1:15-cv-00845 |
| 11 | McCalman, Michael | 1:15-cv-00940 |
| 12 | Beren, Peter L. | 1:15-cv-03036 |
| 13 | Girard, Pierre | 1:15-cv-03311 |
| 14 | Kennedy, Ronnie | 1:15-cv-03512 |
| 15 | Paige, Fred | 1:15-cv-03567 |
| 16 | McCullough, Robert, Jr. | 1:15-cv-03823 |
| 17 | Starnes, Larry and Yvonne | 1:15-cv-03858 |
| 18 | Heard, Michael | 1:15-cv-04618 |
| 19 | Almond, Keith | 1:15-cv-05298 |
| 20 | Batie, Johnnie | 1:15-cv-05308 |
| 21 | Williams, Damon and Cheryl | 1:15-cv-05385 |
| 22 | Iglesias, Carlos and Kathleen | 1:15-cv-06327 |
| 23 | Ramos, Martin | 1:15-cv-06330 |
| 24 | Roberto, Armando J | 1:15-cv-07085 |
| 25 | Brodale, Stephen | 1:15-cv-07215 |
| 26 | Brown, Gregory A. | 1:15-cv-07221 |
| 27 | Dooley, Thomas G. and Sanora | 1:15-cv-07222 |
| 28 | Lewis, Robert | 1:15-cv-07412 |
| 29 | Saxon, Paul | 1:15-cv-07423 |
| 30 | Horky, Sandor Jr. and Gail | 1:15-cv-07445 |

Exhibit A-1

|    | A | C |
|----|---|---|
| 1  | **Plaintiff** | **Case** |
| 31 | Catanese, III, Peter | 1:15-cv-07494 |
| 32 | Pruitt, Michael | 1:15-cv-07569 |
| 33 | Hele, Douglas | 1:15-cv-07589 |
| 34 | Moskowitz, Marc R | 1:15-cv-07956 (misidentified as 1:15-cv-5042) |
| 35 | Balsley, Jr., Ernest | 1:15-cv-08661 |
| 36 | Lyon, Larry M. (Deceased) | 1:15-cv-09441 |
| 37 | Redding, Casey and Lynn | 1:15-cv-09550 |
| 38 | Hedleston, Lawrence | 1:15-cv-09598 |
| 39 | Girourd, Jon | 1:15-cv-09644 |
| 40 | Pladna, David | 1:15-cv-09681 |
| 41 | Adams, Robert R. | 1:15-cv-09962 |
| 42 | Malusky, John | 1:15-cv-10315 |
| 43 | Vigue, Ronald | 1:15-cv-10379 |
| 44 | Kizer, Steve | 1:15-cv-10866 |
| 45 | Sellars, Edie / Sellars, Robert L. (Deceased) | 1:15-cv-11000 |
| 46 | Snyder, Norman | 1:15-cv-11352 |
| 47 | Singer, Bruce | 1:15-cv-11542 |
| 48 | Harp, Douglas / Harp, Jerry Lee (Deceased) | 1:16-cv-00175 |
| 49 | Ziaja, Paul | 1:16-cv-00298 |
| 50 | Russell, Bernard | 1:16-cv-00604 |
| 51 | Smith, Todd | 1:16-cv-01177 |
| 52 | Martinez, Raymond | 1:16-cv-01236 |
| 53 | Martin, Michael | 1:16-cv-01247 |
| 54 | Kirby, Michael | 1:16-cv-01348 |
| 55 | Chetelat, Jerald | 1:16-cv-01377 |
| 56 | Castro, Francisco | 1:16-cv-01626 |
| 57 | Newsome, Roger | 1:16-cv-01690 |
| 58 | Walker, Leroy and Cynthia P. | 1:16-cv-01749 |
| 59 | Marcantel, Ken | 1:16-cv-01797 |
| 60 | Dorsey, Thomas | 1:16-cv-01817 |

|   | A | C |
|---|---|---|
| 1 | **Plaintiff** | **Case** |
| 61 | Lapenotiere, Arthur J. | 1:16-cv-01834 |
| 62 | Parrish, Joann<br>Parrish, Walter Jr. (Deceased) | 1:16-cv-02206 |
| 63 | McCabe, Joseph F. | 1:16-cv-02369 |
| 64 | Gomez, Augusto | 1:16-cv-02591 |
| 65 | Saunders, Dustin | 1:16-cv-02657 |
| 66 | Schwartz, Henry | 1:16-cv-02703 |
| 67 | Plenty-Walls, Ruth<br>Plenty-Walls, Larry (Deceased) | 1:16-cv-02987 |
| 68 | Stroemer, III, George | 1:16-cv-02993 |
| 69 | Chambers , Joel | 1:16-cv-03079 |
| 70 | Mashburn, Patricia<br>Mashburn, William H. (Deceased) | 1:16-cv-03098 |
| 71 | Brock, Keith | 1:16-cv-03099 |
| 72 | Reid, Barbara<br>Wood, Richard L. (Deceased) | 1:16-cv-03104 |
| 73 | Lanzetta, Maria<br>Lanzetta, Peter (Deceased) | 1:16-cv-03107 |
| 74 | Essman, Gregory | 1:16-cv-03109 |
| 75 | Hester, Aaron | 1:16-cv-03113 |
| 76 | Tidwell, Dennis R. | 1:16-cv-03114 |
| 77 | Smith, Albert W. | 1:16-cv-03116 |
| 78 | Smith, William H. | 1:16-cv-03118 |
| 79 | Childers, Rickie L. | 1:16-cv-03119 |
| 80 | Hensley, Billy | 1:16-cv-03122 |
| 81 | Taylor, Corbett L. | 1:16-cv-03123 |
| 82 | Griffith, Jim C. | 1:16-cv-03124 |
| 83 | Hatton, Raymond | 1:16-cv-03126 |
| 84 | Gibbs, James | 1:16-cv-03128 |
| 85 | Little, William J. | 1:16-cv-03130 |
| 86 | Shibley, Valloyd | 1:16-cv-03134 |
| 87 | Burrell, Ronald | 1:16-cv-03135 |
| 88 | Matthews, Konrad | 1:16-cv-03136 |
| 89 | Orms, Bob | 1:16-cv-03137 |
| 90 | Redic, Don | 1:16-cv-03139 |

|     | A | C |
| --- | --- | --- |
|     | **Plaintiff** | **Case** |
| 91 | Lawson, David | 1:16-cv-03140 |
| 92 | Mills, Jim | 1:16-cv-03145 |
| 93 | Thompson, John E. | 1:16-cv-03146 |
| 94 | La Rosa , James | 1:16-cv-03155 |
| 95 | Mohlman, Paul | 1:16-cv-03158 |
| 96 | Stewart, Bobby | 1:16-cv-03162 |
| 97 | Latham, Gary | 1:16-cv-03165 |
| 98 | Podeszwik, Jeffrey A. | 1:16-cv-03170 |
| 99 | Reed, Bruce L. | 1:16-cv-03174 |
| 100 | Hower, Randall | 1:16-cv-03176 |
| 101 | Wilson, Gilbert | 1:16-cv-03180 |
| 102 | Banks, Lee E. | 1:16-cv-03181 |
| 103 | Geipe, Steve | 1:16-cv-03189 |
| 104 | Zaccaria, Anthony | 1:16-cv-03192 |
| 105 | Davis, Benjamen C. | 1:16-cv-03195 |
| 106 | Wilson, Kirk | 1:16-cv-03196 |
| 107 | Ailes, Harlan | 1:16-cv-03197 |
| 108 | Kidder, Raymond | 1:16-cv-03198 |
| 109 | Torres, Mike | 1:16-cv-03199 |
| 110 | Johnson, Barry | 1:16-cv-03200 |
| 111 | Passmore, Garry | 1:16-cv-03202 |
| 112 | Stangel, Michael | 1:16-cv-03206 |

Exhibit A-4

| | A | C |
|---|---|---|
| 1 | **Plaintiff** | **Case** |
| 113 | Niffen, Charles | 1:16-cv-03208 |
| 114 | Sullivan, Terry | 1:16-cv-03214 |
| 115 | Zargarian, Zareh | 1:16-cv-03219 |
| 116 | Griffin, Allen | 1:16-cv-03220 |
| 117 | Merry, Randall D. | 1:16-cv-03221 |
| 118 | Daniel, James | 1:16-cv-03225 |
| 119 | Sorrells, Billy | 1:16-cv-03230 |
| 120 | Davis, Phillip | 1:16-cv-03231 |
| 121 | Messina, Eric | 1:16-cv-03232 |
| 122 | Harr, Robert | 1:16-cv-03235 |
| 123 | White, Ronald | 1:16-cv-03236 |
| 124 | Spears, Lamont K. | 1:16-cv-03237 |
| 125 | Thompson, Wendell | 1:16-cv-03240 |
| 126 | Chatman, Ossie | 1:16-cv-03246 |
| 127 | Bansal, Vishal | 1:16-cv-03250 |
| 128 | Olszowy, Christopher | 1:16-cv-03252 |
| 129 | Crenshaw, Eugene L. | 1:16-cv-03258 |
| 130 | Turner, Donald Ray | 1:16-cv-03259 |
| 131 | Lafayette, Daniel | 1:16-cv-03263 |
| 132 | Carson, Grady | 1:16-cv-03264 |
| 133 | Opala, Tim | 1:16-cv-03266 |
| 134 | Woolwine, David G. | 1:16-cv-03267 |
| 135 | Crabtree, Dale | 1:16-cv-03268 |
| 136 | Moody, Henry | 1:16-cv-03277 |
| 137 | McLean, J. Miles | 1:16-cv-03296 |
| 138 | Stephens , Mitchell | 1:16-cv-03301 |
| 139 | DeCarlo , Michelle, on behalf of | 1:16-cv-03311 |

Exhibit A-5

|  | A | C |
|---|---|---|
| 1 | **Plaintiff** | **Case** |
| 140 | Lawson, Ronald S. | 1:16-cv-03637 |
| 141 | Duffy, Gabriel | 1:16-cv-03957 |
| 142 | Owens, Bruce | 1:16-cv-04407 |
| 143 | Vertes, Philip | 1:16-cv-05428 |
| 144 | Rivera, John E | 1:16-cv-06440 |
| 145 | Diani, Joseph C. Sr. | 1:16-cv-07172 |
| 146 | Thompson, Ryan M. | 1:16-cv-07196 |
| 147 | Thompson, Thaddeus A. | 1:16-cv-07230 |
| 148 | Jepson, Richard C. | 1:16-cv-08319 |
| 149 | Leyva, Felix | 1:16-cv-10185 |
| 150 | Ross, Richard C. | 1:16-cv-11267 |
| 151 | Ryan, James | 1:17-cv-00711 |
| 152 | Deming, Charles Ed | 1:17-cv-00727 |
| 153 | Million, James | 1:17-cv-01188 |
| 154 | Leschyshyn, Alan M. | 1:17-cv-01778 |
| 155 | Vaughn, Jr., Bruce | 1:17-cv-02334 |
| 156 | Williams, Robert Christopher Jr. and Helen C. Williams, his wife | 1:17-cv-04099 |
| 157 | Merems, Norman | 1:17-cv-05681 |
| 158 | Smith, Glenn | 1:17-cv-06898 |
| 159 | Narula, Sushma Narula, Jagdish (Deceased) | 1:17-cv-07522 |

Exhibiit A-6